GARY HUSS
Law Office of Gary Huss
5490 E. Liberty Avenue
Fresno, CA 93727
(559) 832-9010

Attorney for Defendant
THOMAS GILBERT WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS GILBET WILSON,<br><br>　　　　　　　　Defendant. | CASE NO.  1:15-CR-00220 LJO-SKO<br>　　　　　　　1:15-CR-00280 LJO-SKO<br><br>AMENDED STIPULATION TO RESCHEDULE STATUS CONFERENCE;  ORDER |

　　WHEREAS the above-entitled matters were set for hearing on February 16, 2016 when the defendant had prior counsel, and WHEREAS Gary Huss has been appointed as panel counsel and accepted the above two matters, and WHEREAS Gary Huss will be unavailable on February 16, 2016, due to the fact that he will be in the State of Washington until his return to Fresno on February 21, 2016, and WHEREAS Gary Huss will need additional time to obtain and review discovery and to discuss those with the defendant prior to the next court hearing, and that the defendant is currently housed in the Lerdo facility and available to Mr. Huss only on Mondays and Wednesdays of each week;

////

////

////

////

////

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the status conference on the above matters may be reset for February 29, 2016, at 1:30 p.m. before the Honorable Barbara A. McAuliffe.

Dated: February 5, 2016

/s/ GARY HUSS
GARY HUSS
Attorney for Defendant
THOMAS GILBERT WILSON

Dated: February 5, 2016         BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ KIRK E. SHERRIFF
                                KIRK E. SHERRIFF
                                Assistant United States Attorney

DECLARATION OF GARY HUSS

I, GARY HUSS, declare:

1. I was asked by the Federal Defenders Office to accept appointment on the above two matters on February 3, 2016, and did accept appointment.

2. After accepting appointment, I learned that the above matter had tentatively been set for the first status conference hearing on February 16, 2016. That date is in conflict with my previous commitment to be out of state and in the state of Washington from February 8, 2016 to February 21, 2016. I cannot change that commitment.

3. Mr. Wilson is presently housed in the Lerdo facility and is available for me to confer with on Mondays and Wednesday at the Marshal's office, and I will need additional time to obtain discovery and to review it with the defendant prior to the status conference. I therefore would need additional time to accomplish that and would like the status conference reset for the following week or thereafter, consistent with the Court's and government's availability.

////

////

I declare the above facts to be true and correct under penalty of perjury.  Executed this 5th day of February, 2016, in Fresno, California.

/s/ GARY HUSS
GARY HUSS

ORDER

The court has reviewed and considered the stipulation of the parties to continue the status hearing in these cases.  Good cause appearing, IT IS ORDERED that the Status Conference re Violation of Supervision hearing in these cases is continued from February 16, 2016 before Judge Oberto, to February 29, 2016, at 1:30 p.m.  before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **February 8, 2016**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE